JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO CERVANTES,<br><br>        Petitioner,<br>   v.<br><br>SHAWN MOORE,<br><br>        Respondent. | NO. CV 23-938-JVS(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 20, 2024

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE